Form a0trjud
(Rev. 08/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Diannah L. Holbrook

Debtor(s)

SSN/TAX ID:
xxx−xx−1354

Case No.: 2:15−bk−54947

Chapter: 13

Judge: Charles M Caldwell

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is given that:

The above captioned case has been reassigned from the Honorable John E. Hoffman to the Honorable Charles M Caldwell.

Dated: July 31, 2015

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court