# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                                      CASE NO. 15-54947

        DIANNAH L HOLBROOK

                                                           CHAPTER 13

        DEBTOR                                    JUDGE CHARLES M. CALDWELL

---

## OBJECTION TO CONFIRMATION

---

       TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

       Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**     The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Special provision #1 proposes to pay the Schedule E priority debt as a long term debt. Schedule D fails to disclose an amount for the debt owed to Ohio Valley Bank for the camper. Failed to provide the documentation to support the Schedule I line #8 income disclosure. Need to provide the ongoing monthly operating reports for the debtor's employment. Schedule C 2329.66 A(13) exemption not properly applied.

**X**     The Debtors have not filed their Federal and/or State income tax return for the following year(s): 2014. Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a)(2).

       Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 9/17/2015                                                Respectfully submitted,

                                                                    /s/ Faye D. English
                                                                    Faye D. English

Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 9/17/2015

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Andrew D Jones Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Diannah L Holbrook
2565 Glade Rd
Beaver, Oh 45613